UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| RACHELLE M. EDWARDS Individually and as Guardian ad Litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SEAN EDWARDS; KIMBERLEE EDWARDS, a minor, by and through her Guardian ad Litem; LYDIA EDWARDS, a minor, by and through her Guardian ad Litem; DANIEL EDWARDS, a minor, by and through his Guardian ad Litem; and SEAN EDWARDS, a minor, by and through his Guardian ad Litem,<br><br>  Plaintiffs,<br><br>vs.<br><br>RICHARD JOHN LOCKHART, and DOES ONE through ONE HUNDRED, inclusive, and each of them,<br><br>  Defendants.<br>_____/ | CASE NO.: 2:07-CV-00690-GEB-DAD<br><br>**PETITION FOR ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

-2-

Petitioners state as follows:

1. Petitioners are minors and are of the following ages:

    KIMBERLEE EDWARDS 12 years old, LYDIA EDWARDS 9 years old, DANIELLE EDWARDS 4 years old and SEAN EDWARDS 11 years old.

2. We are about to commence an action in this court against RICHARD JOHN LOCKHART for personal injuries sustained as a result of an automobile accident on September 9, 2006.

3. We have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. RACHELLE M. EDWARDS, whose address is 730 Corte Crestview Court, Vacaville, CA  95688, is a competent and responsible person, and fully competent to act as our guardian ad litem.  RACHELLE M. EDWARDS is the Mother of petitioners.

5. Said RACHELLE M. EDWARDS is willing to act as guardian ad litem for petitioners, as appears by her consent below.

WHEREFORE, petitioners move this court for an order appointing RACHELLE M. EDWARDS as guardian ad litem of petitioners for the purpose of bringing action

/ / /

/ / /

against RICHARD JOHN LOCKHART on the claim hereinabove stated.

DATED: April ___, 2007          O'REILLY & DANKO

By:_____
    Stephen J. Purtill
    Attorneys for Petitioners

## CONSENT OF NOMINEE

I, RACHELLE M. EDWARDS, the nominee of the petitioners, consent to act as guardian ad litem for the minor petitioners in the above action.

DATED: April ___, 2007

_/s/ see attached facsimile signature
RACHELLE M. EDWARDS

## ORDER

The petition for an order appointing RACHELLE M. EDWARDS as guardian ad litem for petitioners is GRANTED.

DATED: May 14, 2007

_____
UNITED STATES DISTRICT JUDGE