IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RACHELLE M. EDWARDS, individually  )
and as guardian ad litem for       )
KIMBERLEE EDWARDS, LYDIA EDWARDS,  )
DANIEL EDWARDS, and SEAN EDWARDS,  )
                                   )       2:07-cv-690-GEB-DAD
               Plaintiff,          )
                                   )
          v.                       )       ORDER*
                                   )
RICHARD JOHN LOCKHART, and DOES 1  )
through 100, inclusive,            )
                                   )
               Defendants.         )
_____)
```

        Plaintiff moves for leave to file a First Amended Complaint adding DaimlerChrysler Corporation, DaimlerChrysler Motors Company, LLC, and DaimlerChrysler North American Holding Corporation as parties to this action.  The motion is unopposed.

        Plaintiff's motion is timely and consistent with the June 26, 2007 Rule 16 Scheduling Order.  Accordingly, Plaintiff's motion is granted and Plaintiff has leave until and including December 24, 2007 to file her proposed First Amended Complaint.

---

      *   This matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1

Since it is evident that granting this motion necessitates rescheduling this action, the June 26, 2007 Rule 16 Scheduling Order is vacated. A status conference is set for March 31, 2007, at 9:00 a.m. in Courtroom 10. Concurrently with the service of process, or as soon thereafter as possible, Plaintiff shall serve upon DaimlerChrysler Corporation, DaimlerChrysler Motors Company, LLC and DaimlerChrysler North American Holding Corporation, a copy of this order, and shall file with the Clerk of Court a certificate reflecting such service. The parties shall file a Joint Status Report with the court not later than fourteen days prior to the scheduling conference.

Because of the above rulings, the issues in Defendant Richard Lockhart's motion for leave to file a Third Party Complaint, filed November 12, 2007, need not be reached and that motion is deemed withdrawn.

IT IS SO ORDERED.

Dated: December 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge