**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SB# 148349
  E-Mail: toliver@lbbslaw.com
NORA M. NACHTSHEIM, SB# 221618
  E-Mail: nachtsheim@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone:    (415) 362-2580
Facsimile:     (415) 434-0882
Attorneys for Defendant
**RICHARD JOHN LOCKHART**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA - (SACRAMENTO DIVISION)

| | |
|---|---|
| RACHELLE M. EDWARDS, Individually and as guardian as Litem for KIMBERLEE EDWARDS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD JOHN LOCKHART, DAIMLER CHRYSLER NORTH AMERICA HOLDING CORPORATION; DAIMLER CHRYSLER CORPORATION,<br><br>Defendants.<br>_____<br>RICHARD JOHN LOCKHART<br>  Counter-Claimant,<br>v.<br><br>RACHELLE M. EDWARDS.<br>  Counter-Defendant.<br>_____ | CASE NO. 07-CV-00690-GEB-DAD<br><br>[PROPOSED] **ORDER OF DISMISSAL OF COUNTER-CLAIM** |

HAVING CONSIDERED Counter-Claimant's Notice of Dismissal,

IT IS HEREBY ORDERED that the Counter-Claim filed by RICHARD JOHN LOCKHART against Counter-Defendant RACHELLE M. EDWARDS is hereby dismissed.

Dated:  November 21, 2008

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
United States District Judge

4811-6466-9187.1

[PROPOSED] **ORDER OF DISMISSAL OF COUNTER-CLAIM**