UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
RACHELLE M. EDWARDS, individually  )
and as guardian ad Litem for       )    2:07-cv-00690-GEB-DAD
Kimberlee Edwards, Lydia Edwards,  )
Daniel Edwards and Sean Edwards,   )    ORDER
minors,                            )
                                   )
            Plaintiffs,            )
                                   )
     v.                            )
                                   )
RICHARD JOHN LOCKHART;             )
DAIMLERCHRYSLER MOTORS COMPANY LLC;)
DAIMLERCHRYSLER NORTH AMERICA      )
CORPORATION; DAIMLERCHRYSLER       )
CORPORATION; CHRYSKER, LLC.,       )
                                   )
            Defendants.            )
_____)
```

     Separate Stipulations and Proposed ordered have been filed in this action; one on January 8, 2009 (January 8 Stipulation) and the other on January 12, 2009 (January 12 Stipulation). The January 8 Stipulation is approved but the good cause issue mentioned in that stipulation is not reached. The January 12 Stipulation is not approved, since it mistakenly assumes

1 | I will conclude a settlement was made in good faith based solely on
2 | the parties' stipulation.
3 |             IT IS SO ORDERED.
4 | Dated:  January 14, 2009

```
                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```