1  MATTHEW J. KEMNER (State Bar No. 188124)
   TROY M. YOSHINO (State Bar No. 197850)
2  **CARROLL, BURDICK & McDONOUGH LLP**
   44 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Telephone:     415.989.5900
4  Facsimile:     415.989.0932

5  Attorneys for Defendant
   DAIMLER NORTH AMERICA CORPORATION, erroneously
6  sued herein as DAIMLERCHRSYLER NORTH AMERICA
   HOLDING CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### Sacramento Division

| | |
|---|---|
| RACHELLE M. EDWARDS, individually, and as Guardian ad Litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SEAN EDWARDS, minors. <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD JOHN LOCKHART, DAIMLERCHRYSLER CORPORATION, DAIMLERCHRYSLER MOTORS COMPANY, LLC, DAIMLERCHRYSLER NORTH AMERICA HOLDING CORPORATION, and DOES ONE through ONE HUNDRED, inclusive, and each of them, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | Case No. 2:07-cv-00690-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT DAIMLER NORTH AMERICA CORPORATION (erroneously sued herein as DAIMLERCHRYLSER NORTH AMERICA HOLDING CORPORATION)** <br><br> Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendant Daimler North America Corporation (erroneously sued herein as DaimlerChrysler North America Holding Corporation) be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

CBM-MERCEDES\SF436477.1

**STIPULATION AND PROPOSED ORDER OF DISMISSAL—CASE NO. 2:07-cv-00690-GEB**

IT IS HEREBY STIPULATED by and between the parties to this action through their designed counsel that this Stipulation may be executed in two or more counterparts, each of which shall be deemed a duplicate original, but all of which together shall constitute one and the same agreement, and facsimile signatures should be deemed original signatures.

Dated: *February 11,* 2009　　　LAW OFFICE OF STEPHEN PURTILL

By: */s/ Stephen Purtill*
　　Stephen Purtill
Attorney for Plaintiffs RACHELLE M. EDWARDS, individually, and as Guardian ad Litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SEAN EDWARDS, minors

Dated: *February 26*, 2009　　　CARROLL, BURDICK & McDONOUGH LLP

By: */s/ Matthew J. Kemner*
　　Matthew J. Kemner
Attorneys for Defendant
DAIMLER NORTH AMERICA CORPORATION, erroneously sued herein as DAIMLERCHRSYLER NORTH AMERICA HOLDING CORPORATION

**IT IS SO ORDERED:**

Dated: 3/3/09

Garland E. Burrell, Jr.
United States District Judge