IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RACHELLE M. EDWARDS, individually and as guardian ad litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS, and SEAN EDWARDS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RICHARD JOHN LOCKHART, DAIMLER CHRYSLER MOTORS COMPANY LLC, DAIMLER CHRYSLER CORPORATION, and DOES ONE through ONE HUNDRED, inclusive,<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:07-cv-00690-GEB-DAD<br><br>ORDER |

　　　　On March 10, 2009, Plaintiffs filed application to shorten time for hearing on their petitions for approval of compromise of minors' claims; Plaintiffs' seek to have the petitions heard on March 23, 2009. This part of the application is granted.

　　　　Plaintiffs also request a sealing order issue so that documents can be filed under seal. Sealing procedures are prescribed

///

///

1

in Local Rule 39-141.

Dated: March 10, 2009

                                             GARLAND E. BURRELL, JR.
                                             United States District Judge