1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (No. 103768)
2  JEREMY A. GRAHAM (No. 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:   (415) 986-1338
4  Fax:   (415) 986-1231

5  Attorneys for Plaintiffs
   RACHELLE M. EDWARDS, et al.
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA
                    SACRAMENTO DIVISION
10

11 RACHELLE M. EDWARDS, individually,        CASE NO.  **2:07-CV-00690-GEB-DAD**
   and as Guardian ad Litem for KIMBERLEE
12 EDWARDS, LYDIA EDWARDS,
   DANIELLE EDWARDS and SEAN
13 EDWARDS, minors,                          **[AMENDED PROPOSED] ORDER
                                             APPROVING COMPROMISE OF
14         Plaintiffs,                       MINORS CLAIMS PURSUANT TO
                                             LOCAL RULE 17-202 AGAINST
15 vs.                                       DEFENDANT RICHARD JOHN
                                             LOCKHART AND DISBURSAL OF
16                                           FUNDS**
   RICHARD JOHN LOCKHART,
17 DAIMLERCHRYSLER CORPORATION,
   DAIMLERCHRYSLER MOTORS
18 COMPANY, LLC, DAIMLERCHRYSLER
   NORTH AMERICA HOLDING
19 CORPORATION and DOES ONE through
   ONE HUNDRED, inclusive, and each of
20 them,

21         Defendants.
   _____  /
22 AND RELATED CROSS ACTION

23 _____  /

24

25
                                                                                1
26

Having considered the petition of RACHELLE M. EDWARDS, as parent and guardian ad litem of KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SEAN EDWARDS for an order approving the proposed compromise of the personal injury action against defendant RICHARD JOHN LOCKHART arising out of an automobile accident on September 9, 2006, satisfactory proof having been made, and good cause appearing,

IT IS ORDERED that:

1. The petition is granted and the proposed compromise of claims is approved.

2. The defendant Richard John Lockhart's insurer shall disburse the proceeds of the settlement amount of **$802,954.87** approved by this order in the following manner:

a) **$352,954.87** made payable to the "Law Offices of Stephen M. Murphy, Trust Account";

b) **$222,869.00** to "The Prudential Insurance Company of America (Guarantor)" for purchase of an annuity on behalf of Kimberlee Edwards as set forth in the petition;

c) **$227,131.00** to "John Hancock Life Insurance Company (Guarantor)" for purchase of an annuity on behalf of Kimberlee Edwards as set forth in the petition.

3. Upon receipt of the full amount of the settlement sum approved by this order set forth in paragraph 2 above, petitioner is authorized and directed to execute and deliver to the payer a full, complete, and final release and discharge of any and all claims and demands of the claimants by reason of the accident or incident described in the petition and the resultant injuries to the claimants and a properly executed

1  dismissal with prejudice as to defendant Richard John Lockhart, only, in the above
2  entitled matter.
3       4. From the settlement sum set forth in paragraph 2(a) above the Law Offices
4  of Stephen M. Murphy is directed to disburse from its trust account the following sum
5  as directed herein:
6       a) **$1,081.22** to the Department of Health Care Services made out to
7  "DHCS/Personal Injury" on behalf of the minor, Kimberlee Edwards, as and for a
8  complete and final payment of their medical lien herein;
9       (b) **$192.41** to the Department of Health Care Services made out to
10 "DHCS/Personal Injury" on behalf of the minor, Sean Edwards, as and for a complete
11 and final payment of their medical lien herein;
12      (c) **$182.14** to the Department of Health Care Services made out to
13 "DHCS/Personal Injury" on behalf of the minor, Lydia Edwards, as and for a complete
14 and final payment of their medical lien herein;
15      (d) **$50,169.59** to a blocked Federal Deposit Insurance Corporation (FDIC)
16 insured bank account in the name of "Rachelle Edwards, as Guardian ad litem of
17 Kimberlee Edwards" ;
18      (e) **$5,569.10** to a blocked FDIC insured bank account in the name of "Rachelle
19 Edwards, as Guardian ad litem of Sean Edwards";
20      (f) **$5,579.37** to a blocked FDIC insured bank account in the name of "Rachelle
21 Edwards, as Guardian ad litem of Lydia Edwards";
22      (g) **$5,761.51** to a blocked FDIC insured bank account in the name of "Rachelle
23 Edwards, as Guardian ad litem of Danielle Edwards";
24      (h) **$46,092.03** payable to "Rachelle Edwards" as and for recovery for her
25 personal injuries;

26

3
[AMENDED PROPOSED] ORDER APPROVING COMPROMISE OF MINORS CLAIMS PURSUANT TO LOCAL RULE 17-202 AGAINST DEFENDANT RICHARD JOHN LOCKHART AND DISBURSAL OF FUNDS

1     (i) **$34,753.52**  payable the "Law Offices of Stephen M. Murphy" as and for

2 costs and litigation expenses incurred;

3     (j) **$203,573.11** payable to the "Law Offices of Stephen M. Murphy" as and for

4 attorneys fees.

5     4.    The court further orders that:

6     a) Within 48 hours of the check or draft described in item 2(a) above clearing

7 the trust account of the Law Offices of Stephen M. Murphy, the petitioner and the

8 petitioner's attorney must deposit the checks in the petitioner's name as trustee for the

9 claimants as set forth in 3(d), (e), (f) and (g) above in individual blocked accounts at

10 the Bank of America, 150 Parker Street, Vacaville, California 95688 (Telephone (707)

11 454-3823).

12     b) The petitioner and the petitioner's attorney must deliver to each depository at

13 the time of deposit three copies of the Order to Deposit Money Into Blocked Account of

14 each minor, which is signed contemporaneously with this order, and three copies of

15 the Receipt and Acknowledgment of Order to Deposit Money Into Blocked Account

16 ("receipt"). The petitioner or the petitioner's attorney must file a copy of the receipt with

17 this court within 15 days of the deposit. The sole responsibilities of the petitioner and

18 the petitioner's attorney are to place the balances in the blocked accounts and to

19 timely file a copy of the receipt with this court.

20     c) The balance of the proceeds of settlement or judgment deposited in a

21 blocked account or accounts under item (b) above may be withdrawn only as follows:

22 the blocked account or accounts belong to a minor. No withdrawals of principal or

23 interest may be made from the blocked account or accounts without a further written

24 order under this case name and number, signed by a judicial officer, and bearing the

25 seal of this court, until the minor attains the age of 18 years. When each individual

26

4

[AMENDED PROPOSED] ORDER APPROVING COMPROMISE OF MINORS CLAIMS PURSUANT TO LOCAL RULE 17-202 AGAINST DEFENDANT RICHARD JOHN LOCKHART AND DISBURSAL OF FUNDS

1 minor named herein attains the age of 18 years, the depository, without further order of
2 this court, is authorized and directed to pay by check or draft directly to the former
3 minor, upon proper demand, all moneys including interest deposited under this order.
4 The money on deposit is not subject to escheat.

5    5) The petitioner is authorized to execute any and all documents reasonably
6 necessary to carry out the terms of the settlement.

7    6) Bond is not required.

8    7) A copy of this order shall be served on the payer forthwith.

9 Dated: March 23, 2009

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

[AMENDED PROPOSED] ORDER APPROVING COMPROMISE OF MINORS CLAIMS PURSUANT TO
LOCAL RULE 17-202 AGAINST DEFENDANT RICHARD JOHN LOCKHART AND DISBURSAL OF FUNDS