1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (No. 103768)
2  JEREMY A. GRAHAM (No. 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:   (415) 986-1338
4  Fax:   (415) 986-1231

5  Attorneys for Plaintiffs
   RACHELLE M. EDWARDS, et al.

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA
                   SACRAMENTO DIVISION
10

11 RACHELLE M. EDWARDS, individually,    CASE NO.  **2:07-CV-00690-GEB-DAD**
   and as Guardian ad Litem for KIMBERLEE
12 EDWARDS, LYDIA EDWARDS,
   DANIELLE EDWARDS and SEAN
13 EDWARDS, minors,                      **ORDER TO DEPOSIT MONEY INTO**
                                         **BLOCKED ACCOUNT FOR**
14        Plaintiffs,                    **KIMBERLEE EDWARDS re**
                                         **LOCKHART SETTLEMENT**
15 vs.

16

17 RICHARD JOHN LOCKHART,
   DAIMLERCHRYSLER CORPORATION,
18 DAIMLERCHRYSLER MOTORS
   COMPANY, LLC, DAIMLERCHRYSLER
19 NORTH AMERICA HOLDING
   CORPORATION and DOES ONE through
20 ONE HUNDRED, inclusive, and each of
   them,
21
          Defendants.
   _____ /
22 AND RELATED CROSS ACTION

23 _____ /

24

25                                                                    1

26 ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR KIMBERLEE EDWARDS re LOCKHART
   SETTLEMENT

1  1. The petition of RACHELLE EDWARDS as guardian ad litem of KIMBERLEE EDWARDS to

2  deposit funds from the settlement with defendant Lockhart in a blocked account or blocked accounts

3  came on for hearing on March 23, 2009 at 9 a.m.

4  THE COURT ORDERS:

5  2. Money that belongs to KIMBERLEE EDWARDS shall be deposited in an interest-bearing,

6  federally insured blocked account or accounts.

7  3. Each account shall indicate the name of the minor or other person who owns the account.

8  4. The total amount authorized for deposit, including any accrued interest, is:

9  $50,169.59 to a blocked FDIC insured bank account in the name of "Rachelle Edwards, as Guardian ad

10  litem of Kimberlee Edwards."

11  5. Withdrawals : The blocked account or accounts belong to a minor. The minor was born on

12  February 13, 1994. No withdrawals of principal or interest shall be made from the blocked account or

13  accounts without a written order under this case name and number, signed by a judge, and bearing the

14  seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years,

15  the depository, without further order of this Court, is authorized and directed to pay by check or draft

16  directly to the former minor, upon proper demand, all moneys including interest deposited under this

17  order. The money on deposit is not subject to escheat.    6. The petitioner and the petitioner's attorney, if

18  any, shall deliver a copy of this order to each depository in which funds are deposited under this order.

19  The depository's acknowledgment of receipt of the order and the funds shall be filed with this court within

20  15 days of deposit.

21

22  Dated:  March 23, 2009

23

24  GARLAND E. BURRELL, JR.
   United States District Judge

25

26

ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR KIMBERLEE EDWARDS re LOCKHART
SETTLEMENT