IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE M. EDWARDS, individually and as guardian ad litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS, and SEAN EDWARDS,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICHARD JOHN LOCKHART, DAIMLERCHRYSLER MOTORS COMPANY LLC, and DAIMLERCHRYSLER CORPORATION,<br><br>    Defendants. | 2:07-cv-00690-GEB-DAD<br><br>ORDER |

Defendant Richard John Lockhart moves for an order determining that the settlement he has entered with Plaintiffs is a "good faith settlement" under California Code of Civil Procedure § 877.6. When asked whether this determination was necessary at the March 23, 2009 hearing on the motion, Lockhart's counsel explained it was necessary to shield Lockhart from future litigation filed by Defendants Chrysler Motors, LLC (erroneously sued herein as DaimlerChrysler Motors Company, LLC) and Chrysler LLC (erroneously sued herein as DaimlerChrysler Corporation) (collectively, the

1

"Chrysler Defendants") and any other Chrysler entity.  However the Chrysler Defendants' attorney assured Lockhart at the hearing that Lockhart did not have to be concerned about them or any Chrysler entity suing Lockhart for any claims relating to this action, because none of those entities would sue Lockhart; and Lockhart's attorney assured the Chrysler Defendants that Lockhart would not sue any Chrysler entity for any claims relating to this action.  In light of what was discussed at the hearing, the motion is denied as moot.

Dated:  March 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge