1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (No. 103768)
2  JEREMY A. GRAHAM (No. 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:   (415) 986-1338
4  Fax:   (415) 986-1231

5  Attorneys for Plaintiffs
   RACHELLE M. EDWARDS, et al.

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA
                              SACRAMENTO DIVISION

10

11 RACHELLE M. EDWARDS, individually,        CASE NO. **2:07-CV-00690-GEB-DAD**
   and as Guardian ad Litem for KIMBERLEE
12 EDWARDS, LYDIA EDWARDS,
   DANIELLE EDWARDS and SEAN
13 EDWARDS, minors,                          **[PROPOSED] ORDER APPROVING
                                             COMPROMISE OF MINORS CLAIMS
14       Plaintiffs,                         PURSUANT TO LOCAL RULE 17-202
                                             AGAINST DEFENDANTS CHRYSLER
15 vs.                                       AND DISBURSAL OF FUNDS**

16
   RICHARD JOHN LOCKHART,
17 DAIMLERCHRYSLER CORPORATION,
   DAIMLERCHRYSLER MOTORS
18 COMPANY, LLC, DAIMLERCHRYSLER
   NORTH AMERICA HOLDING
19 CORPORATION and DOES ONE through
   ONE HUNDRED, inclusive, and each of
20 them,

21       Defendants.
   _____/
22 AND RELATED CROSS ACTION

23 _____/

24

25
                                                                                1
26 [PROPOSED] ORDER APPROVING COMPROMISE OF MINORS CLAIMS PURSUANT TO LOCAL RULE
   17-202 AGAINST DEFENDANTS CHRYSLER AND DISBURSAL OF FUNDS

Having considered the petition of RACHELLE M. EDWARDS, as parent and guardian ad litem of KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SEAN EDWARDS for an order approving the proposed compromise of the personal injury action against defendants DAIMLER CHRYSLER CORPORATION (aka CHRYSLER LLC) and DAIMLERCHRYSLER MOTORS COMPANY, LLC (aka CHRYSLER, LLC) arising out of an automobile accident on September 9, 2006, satisfactory proof having been made, and good cause appearing,

IT IS ORDERED that:

1. The petition is granted and the proposed compromise of claims is approved.

2. The defendants DAIMLER CHRYSLER CORPORATION (aka CHRYSLER LLC) and DAIMLERCHRYSLER MOTORS COMPANY, LLC (aka CHRYSLER, LLC) shall disburse the proceeds of the settlement amount of **$750,000.00** approved by this order in the following manner:

    a) **$600,000.00** made payable to the "Law Offices of Stephen M. Murphy, Trust Account";

    b) **$150,000.00** to the "Metropolitan Life Insurance Company" for purchase of an annuity on behalf of Kimberlee Edwards as set forth in the petition of Rachelle M. Edwards, her Guardian ad Litem;

3. Upon receipt of the full amount of the settlement sum approved by this order set forth in paragraph 2 above, petitioner is authorized and directed to execute and deliver to the payer a full, complete, and final release and discharge of any and all claims and demands of the claimants by reason of the accident or incident described in the petition and the resultant injuries to the claimants and a properly executed dismissal with prejudice as to defendants DAIMLER CHRYSLER CORPORATION

2

[PROPOSED] ORDER APPROVING COMPROMISE OF MINORS CLAIMS PURSUANT TO LOCAL RULE 17-202 AGAINST DEFENDANTS CHRYSLER AND DISBURSAL OF FUNDS

(aka CHRYSLER LLC) and DAIMLERCHRYSLER MOTORS COMPANY, LLC (aka CHRYSLER, LLC), in the above entitled matter.

4. From the settlement sum set forth in paragraph 2(a) above the Law Offices of Stephen M. Murphy is directed to disburse from its trust account the following sum as directed herein:

(a) **$316,698.32** to be deposited into four blocked FDIC bank accounts until the minor reaches majority dividing the recovery as follows: **$41,547.38** to the Bank of America, 150 Parker Street, Vacaville, California 95688; **$91,716.98** to Wells Fargo Bank, 120 Browns Valley Parkway, Vacaville, California 95688; **$91,716.98** to Bank of the West, 330 Davis Street, Vacaville, California 95668 and **$91,716.98** to Citibank, 1633 East Monte Vista Avenue, Suite M101, Vacaville, California 95688 in the name of "Rachelle Edwards, as Guardian ad litem of Kimberlee Edwards" ;

(b) **$5,364.37** to a blocked FDIC insured bank account at the Bank of America, 150 Parker Street, Vacaville, California 95688 in the name of "Rachelle Edwards, as Guardian ad litem of Sean Edwards";

(c) **$5,364.37** to a blocked FDIC insured bank account at the Bank of America, 150 Parker Street, Vacaville, California 95688 in the name of "Rachelle Edwards, as Guardian ad litem of Lydia Edwards";

(g) **$5,364.37** to a blocked FDIC insured bank account at the Bank of America, 150 Parker Street, Vacaville, California 95688 in the name of "Rachelle Edwards, as Guardian ad litem of Danielle Edwards";

(h) **$42,014.79** payable to "Rachelle Edwards" as and for recovery for her personal injuries;

(i) **$34,753.53** payable to the "Law Offices of Stephen M. Murphy" as and for costs and litigation expenses incurred;

(j) **$189,540.28** payable to the "Law Offices of Stephen M. Murphy" as and for attorneys fees.

4. The court further orders that:

a) Within 48 hours of the check or draft described in item 2(a), (b), ( c) and (d) above clearing the trust account of the Law Offices of Stephen M. Murphy, the petitioner and the petitioner's attorney must deposit the checks in the petitioner's name as trustee for the minors as set forth in 3(a), (b) (c) and (d) above.

(b) The petitioner and the petitioner's attorney must deliver to each depository at the time of deposit three copies of the Order to Deposit Money Into Blocked Account of each minor, which is signed contemporaneously with this order, and three copies of the Receipt and Acknowledgment of Order to Deposit Money Into Blocked Account ("receipt"). The petitioner or the petitioner's attorney must file a copy of the receipt with this court within 15 days of the deposit. The sole responsibilities of the petitioner and the petitioner's attorney are to place the balances in the blocked accounts and to timely file a copy of the receipt with this court.

( c) The balance of the proceeds of settlement or judgment deposited in a blocked account or accounts under item (b) above may be withdrawn only as follows: the blocked account or accounts belong to a minor. No withdrawals of principal or interest may be made from the blocked account or accounts without a further written order under this case name and number, signed by a judicial officer, and bearing the seal of this court, until the minor attains the age of 18 years. When each individual minor named herein attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

1         5)     The petitioner is authorized to execute any and all documents reasonably necessary to carry out the terms of the settlement.

        6)     Bond is not required.

        7)     A copy of this order shall be served on the payer forthwith.

Dated: March 30, 2009

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] ORDER APPROVING COMPROMISE OF MINORS CLAIMS PURSUANT TO LOCAL RULE 17-202 AGAINST DEFENDANTS CHRYSLER AND DISBURSAL OF FUNDS