1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (No. 103768)
2  JEREMY A. GRAHAM (No. 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:   (415) 986-1338
4  Fax:   (415) 986-1231

5  Attorneys for Plaintiffs
   RACHELLE M. EDWARDS, et al.

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA
                  SACRAMENTO DIVISION
10

11 RACHELLE M. EDWARDS, individually,     CASE NO.  **2:07-CV-00690-GEB-DAD**
   and as Guardian ad Litem for KIMBERLEE
12 EDWARDS, LYDIA EDWARDS,
   DANIELLE EDWARDS and SEAN
13 EDWARDS, minors,                       **ORDER TO DEPOSIT MONEY INTO
                                          BLOCKED ACCOUNT FOR
14       Plaintiffs,                      DANIELLE EDWARDS re CHRYSLER
                                          SETTLEMENT**
15 vs.

16
   RICHARD JOHN LOCKHART,
17 DAIMLERCHRYSLER CORPORATION,
   DAIMLERCHRYSLER MOTORS
18 COMPANY, LLC, DAIMLERCHRYSLER
   NORTH AMERICA HOLDING
19 CORPORATION and DOES ONE through
   ONE HUNDRED, inclusive, and each of
20 them,

21       Defendants.
   _____ /
22 AND RELATED CROSS ACTION

23 _____ /

24

25                                                                    1

26 ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR DANIELLE EDWARDS re CHRYSLER
   SETTLEMENT

1     1. The petition of RACHELLE EDWARDS as guardian ad litem of DANIELLE EDWARDS to

2   deposit funds from the settlement with defendant Lockhart in a blocked account or blocked accounts

3   came on for hearing on March 23, 2009 at 9 a.m.

4        THE COURT ORDERS:

5        2. Money that belongs to DANIELLE EDWARDS shall be deposited in an interest-bearing,

6   federally insured blocked account or accounts.

7        3. Each account shall indicate the name of the minor or other person who owns the account.

8        4. The total amount authorized for deposit, including any accrued interest, is:

9   $5,364.37 to a blocked FDIC insured bank account in the name of "Rachelle Edwards, as Guardian ad

10  litem of Danielle Edwards."

11       5. Withdrawals : The blocked account or accounts belong to a minor. The minor was born on

12  September 26, 2002 . No withdrawals of principal or interest shall be made from the blocked account or

13  accounts without a written order under this case name and number, signed by a judge, and bearing the

14  seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years,

15  the depository, without further order of this Court, is authorized and directed to pay by check or draft

16  directly to the former minor, upon proper demand, all moneys including interest deposited under this

17  order. The money on deposit is not subject to escheat.

18       6. The petitioner and the petitioner's attorney, if any, shall deliver a copy of this order to each

19  depository in which funds are deposited under this order. The depository's acknowledgment of receipt of

20  the order and the funds shall be filed with this court within 15 days of deposit.

21

22  Dated:  April 3, 2009

23

24  GARLAND E. BURRELL, JR.
    United States District Judge

25

26
                                                                                                    2

ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR DANIELLE EDWARDS re CHRYSLER
SETTLEMENT