LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
JEREMY A. GRAHAM (No. 234166)
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:   (415) 986-1338
Fax:   (415) 986-1231

Attorneys for Plaintiffs
RACHELLE M. EDWARDS, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| RACHELLE M. EDWARDS, individually, and as Guardian ad Litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SEAN EDWARDS, minors,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD JOHN LOCKHART, DAIMLERCHRYSLER CORPORATION, DAIMLERCHRYSLER MOTORS COMPANY, LLC, DAIMLERCHRYSLER NORTH AMERICA HOLDING CORPORATION and DOES ONE through ONE HUNDRED, inclusive, and each of them,<br><br>Defendants.<br>_____ /<br>AND RELATED CROSS ACTION<br>_____ / | CASE NO. **2:07-CV-00690-GEB-DAD**<br><br>**ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR LYDIA EDWARDS re CHRYSLER SETTLEMENT** |

1. The petition of RACHELLE EDWARDS as guardian ad litem of LYDIA EDWARDS to deposit funds from the settlement with defendant Lockhart in a blocked account or blocked accounts came on for hearing on March 23, 2009 at 9 a.m.

THE COURT ORDERS:

2. Money that belongs to LYDIA EDWARDS shall be deposited in an interest-bearing, federally insured blocked account or accounts.

3. Each account shall indicate the name of the minor or other person who owns the account.

4. The total amount authorized for deposit, including any accrued interest, is: $5,364.37 to a blocked FDIC insured bank account in the name of "Rachelle Edwards, as Guardian ad litem of Lydia Edwards."

5. Withdrawals : The blocked account or accounts belong to a minor. The minor was born on July 31, 1997. No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

6. The petitioner and the petitioner's attorney, if any, shall deliver a copy of this order to each depository in which funds are deposited under this order. The depository's acknowledgment of receipt of the order and the funds shall be filed with this court within 15 days of deposit.

Dated: April 3, 2009

GARLAND E. BURRELL, JR.
United States District Judge