1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (No. 103768)
2  JEREMY A. GRAHAM (No. 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:   (415) 986-1338
4  Fax:   (415) 986-1231

5  Attorneys for Plaintiffs
   RACHELLE M. EDWARDS, et al.

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA
                    SACRAMENTO DIVISION
10

11  RACHELLE M. EDWARDS, individually,          CASE NO. **2:07-CV-00690-GEB-DAD**
    and as Guardian ad Litem for KIMBERLEE
12  EDWARDS, LYDIA EDWARDS,
    DANIELLE EDWARDS and SEAN
13  EDWARDS, minors,                            **RECEIPT AND ACKNOWLEDGMENT
                                                OF ORDER FOR THE DEPOSIT OF
14        Plaintiffs,                           MONEY INTO BLOCKED ACCOUNT**

15  vs.

16
    RICHARD JOHN LOCKHART,
17  DAIMLERCHRYSLER CORPORATION,
    DAIMLERCHRYSLER MOTORS
18  COMPANY, LLC, DAIMLERCHRYSLER
    NORTH AMERICA HOLDING
19  CORPORATION and DOES ONE through
    ONE HUNDRED, inclusive, and each of
20  them,

21        Defendants.
    _____ /
22  AND RELATED CROSS ACTION

23  _____ /

24

25
                                                                            1
26  RECEIPT AND ACKNOWLEDGMENT OF ORDER FOR THE DEPOSIT OF
    MONEY INTO BLOCKED ACCOUNT

1. I acknowledge receipt of the Order to Deposit Money Into Blocked Account, a copy of which is attached.

2. The account described below in which funds have been deposited under the court's order is a federally insured, blocked account.

3. Name and title on the account: RACHELLE EDWARDS, AS GUARDIAN AD LITEM OF KIMBERLEE EDWARDS

4. Name of depository: CITIBANK

   a. Branch: VACAVILLE

   b. Address: 1633 E. MONTE VISTA AVE., STE M101, VACAVILLE CA 95688

5. Account number: 40068450770

6. Date account opened: 5/2/09

7. Amount of initial deposit: $ 91716.98

8. Present balance: $ 91716.98

I certify that I am authorized to execute this receipt and acknowledgment, and that no withdrawal of principal or interest from this account will be permitted without a signed court order under this case name and number, bearing the seal of this court.

DATED: 5/2/09

_____
Title: PERSONAL BANKER

RECEIPT AND ACKNOWLEDGMENT OF ORDER FOR THE DEPOSIT OF MONEY INTO BLOCKED ACCOUNT

2