```
 1   LEWIS BRISBOIS BISGAARD & SMITH LLP
     SHAWN A. TOLIVER, SB# 148349
 2     E-Mail: toliver@lbbslaw.com
     NORA M. NACHTSHEIM, SB# 221618
 3     E-Mail: nachtsheim@lbbslaw.com
     One Sansome Street, Suite 1400
 4   San Francisco, California 94104
     Telephone:   (415) 362-2580
 5   Facsimile:   (415) 434-0882

 6   Attorneys for Defendant
     RICHARD JOHN LOCKHART
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - (SACRAMENTO DIVISION)

| | |
|---|---|
| RACHELLE M. EDWARDS, Individually and as guardian as Litem for KIMBERLEE EDWARDS, et al. | CASE NO. 07-CV-00690-GEB-DAD |
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| RICHARD JOHN LOCKHART, DAIMLER CHRYSLER NORTH AMERICA HOLDING CORPORATION; DAIMLER CHRYSLER CORPORATION, | |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that Plaintiffs RACHELLE M. EDWARDS, individually, and as Guardian ad Litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SHAWN EDWARDS, minors, hereby dismiss with prejudice their complaint in its entirety against

///

///

4837-6179-8147.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | Defendant RICHARD JOHN LOCKHART; each party to bear their own costs and attorney's fees. |
| 2 | LAW OFFICES OF STEPHEN M. MURPHY |
| 3 | Dated: May 20, 2009   By: *(signed)* |
| 4 | Stephen Murphy, Esq. |
| 5 | Attorney for Plaintiffs RACHELLE M. EDWARDS, |
| 6 | individually, and as Guardian Ad Litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, |
| 7 | DANIELLE EDWARDS and SEAN EDWARDS |
| 8 | Dated:    LAW OFFICES OF STEPHEN J. PURTILL |
| 10 | By: _____ |
| 11 | Stephen J. Purtill |
| 12 | Attorneys for Plaintiffs RACHELLE M. EDWARDS, individually, and as Guardian Ad Litem for |
| 13 | KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SEAN EDWARDS |
| 14 | Dated: May 20, 2009   LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 16 | By: *(signed)* |
| 17 | Shawn A. Toliver |
| 18 | Nora M. Nachtsheim Attorneys for Defendant RICHARD JOHN LOCKHART |
| 20 | **ORDER** |
| 21 | IT IS SO ORDERED. |
| 22 | DATED: |
| 24 | _____ |
| 25 | JUDGE, U.S. DISTRICT COURT |

4837-6179-8147.1

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

# FEDERAL COURT PROOF OF SERVICE
*Rachelle M. Edwards, et al. v. Richard John Lockhart, et al.*
United States District Court - Eastern Division No. 07-CV-00690

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On June 22, 2009, I served the following document(s):

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

[ X ]  (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[ ]  (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ]  Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[ ]  Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 22, 2009, at San Francisco, California.

*/s/ Sheila N. McNeill*
Sheila N. McNeill

4826-0453-2482.1

**PROOF OF SERVICE**

**SERVICE LIST**
*Rachelle M. Edwards, et al. v. Richard John Lockhart, et al.*
United States District Court - Eastern Division No. 07-CV-00690

| | |
|---|---|
| Stephen J. Purtill, Esq.<br>Law Offices of Stephen J. Purtill<br>180 Montgomery Street, Suite 940<br>San Francisco, CA 94104<br>Telephone:   (415) 986-1338<br>Facsimile:   (415) 986-1231<br>Email:<br>Attorneys for Plaintiffs **RACHELLE M. EDWARDS, Individually and as Guardian ad Litem for minors DANIEL EDWARDS, KIMBERLEE EDWARDS, LYDIA EDWARDS, SEAN EDWARDS** | Stephen M. Murphy, Esq.<br>Law Offices of Stephen M. Murphy<br>180 Montgomery Street, Suite 940<br>San Francisco, CA 94104-4223<br>Telephone:   (415) 986-1338<br>Facsimile:   (415) 986-1231<br>Email:   smurphy@justice.com<br>Attorneys for Plaintiffs **RACHELLE M. EDWARDS, Individually and as Guardian ad Litem for minors DANIEL EDWARDS, KIMBERLEE EDWARDS, LYDIA EDWARDS, SEAN EDWARDS** |
| Ann Marie DeFelice, Esq.<br>Law Office of A. Jeffrey DeHart<br>11060 White Rock Road, Suite 140<br>Rancho Cordova, CA 95670<br>Telephone:   (916) 635-5295<br>Facsimile:   (916) 635-5296<br>Email:   adefelice@geico.com<br>Attorneys for Counter-Defendant **RACHELLE M. EDWARDS** | John G. Gherini, Esq.<br>Sedwick Detert Moran & Arnold LLP<br>1 Market Street, Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Telephone:   (415) 781-7900<br>Facsimile:   (415) 781-2635<br>Email:   john.gherini@sdma.com<br>Attorneys for Defendant **CHRYSLER LLC and CHRYSLER MOTORS LLC** |
| Cheryl A. Bush, Esq.<br>Law Offices of Bush Seyferth Paige<br>3001 W. Big Beaver Road, Suite 600<br>Troy, MI 48084<br>Telephone:   248-822-7801/248-822-7800<br>Facsimile:   248-822-7851/248-822-7001<br>Attorneys for Defendant **CHRYSLER LLC** | Matthew J. Kemner, Esq.<br>Carroll, Burdick & McDonough LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: 415.989-5900<br>Facsimile: 415.989.0932<br>Attorneys for Defendant **DAIMLER NORTH AMERICAN CORPORATION** |