**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SB# 148349
  E-Mail: toliver@lbbslaw.com
NORA M. NACHTSHEIM, SB# 221618
  E-Mail: nachtsheim@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone:   (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Defendant
**RICHARD JOHN LOCKHART**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - (SACRAMENTO DIVISION)

| | |
|---|---|
| RACHELLE M. EDWARDS, Individually and as guardian as Litem for KIMBERLEE EDWARDS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD JOHN LOCKHART, DAIMLER CHRYSLER NORTH AMERICA HOLDING CORPORATION; DAIMLER CHRYSLER CORPORATION,<br><br>Defendants. | CASE NO. 07-CV-00690-GEB-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that Plaintiffs RACHELLE M. EDWARDS, individually, and as Guardian ad Litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SHAWN EDWARDS, minors, hereby dismiss with prejudice their complaint in its entirety against

/ / /

/ / /

4837-6179-8147.1

Defendant RICHARD JOHN LOCKHART; each party to bear their own costs and attorney's fees.

LAW OFFICES OF STEPHEN M. MURPHY

Dated: _____   By: _____
Stephen Murphy, Esq.

Attorney for Plaintiffs RACHELLE M. EDWARDS, individually, and as Guardian Ad Litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SEAN EDWARDS

Dated: _____, 2008   LAW OFFICES OF STEPHEN J. PURTILL

By: _____
Stephen J. Purtill
Attorneys for Plaintiffs RACHELLE M. EDWARDS, individually, and as Guardian Ad Litem for KIMBERLEE EDWARDS, LYDIA EDWARDS, DANIELLE EDWARDS and SEAN EDWARDS

Dated: _____, 2008   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Shawn A. Toliver
Nora M. Nachtsheim
Attorneys for Defendant RICHARD JOHN LOCKHART

**ORDER**

IT IS SO ORDERED.

Dated: June 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge